# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS, OR PLAN WITH 180-DAY RESTRICTION

**DEBTOR(S) INFORMATION:**
MARTINEZ, ESTEBAN
**SSN:** 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
**EIN:** N/A
MARTINEZ, PATRICIA
**SSN:** 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
11867 206TH STREET
LAKEWOOD, CA 90715

**BANKRUPTCY NO.** LA02-19389-SB

**CHAPTER** 13

The debtor has **FAILED** to file schedules, statements, or plan, and/or to obtain an extension of time in which to file said documents as required by Bankruptcy Rule 1007(c). The Court considers this a willful failure to abide by a court order within the meaning of 11 U.S.C. Section 109(g) and/or cause to dismiss the case within the meaning of 11 U.S.C. Section 707(a) and to vary the effect of 11 U.S.C. Section 349(a).

**IT IS ORDERED THAT:**

1) The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2) Pursuant to 11 U.S.C. Section 109(g) and/or 11 U.S.C. Section 349(a) and 11 U.S.C. Section 105(a), unless leave of the court is first obtained, any refiling of another bankruptcy petition by or against the debtor is prohibited for 180 days from the date this order is entered.

3) Unless leave of the court is first obtained, if another bankruptcy petition is filed by or against the debtor within 180 days from the date this order is entered, the debtor will not be protected by the automatic stay under 11 U.S.C. Section 362. Notwithstanding filing of a subsequent petition by or against the debtor, creditors may evict the debtor or foreclose and sell the debtor's property.

4) Any discharge entered in this case is hereby vacated in its entirety.

Schedule 'A' Not Filed.

For The Court,

**JON D. CERETTO**
Clerk of Court

Dated: April 24, 2002

(Form rev. 03/98) VAN-20  33 /GLW

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0973-2         User: GLW              Page 1 of 1              Date Rcvd: Apr 25, 2002
Case: 02-19389-SB            Form ID: VAN-20        Total Served: 26
```

The following entities were served by first class mail on Apr 27, 2002.
```
D         MARTINEZ, ESTEBAN,   11867 206TH STREET,   LAKEWOOD, CA 90715
J         MARTINEZ, PATRICIA,  11867 206TH STREET,   LAKEWOOD, CA 90715
DA        THOMAS B URE,   ROBERTS & URE, APC,   201 N. FIGUEROA ST STE 520,   LOS ANGELES, CA 90012
T         NANCY K CURRY,   606 S. OLIVE ST, SUITE 1850,   LOS ANGELES, CA 90014
1         BENEFICIAL MORTGAGE,   P.O. BOX 83066,   LOS ANGELES, CA 90083
2        +CITY MORTGAGE,   P.O. BOX 7058,   CROSS LANE, WV 25356-0058
3         UNITED STATES TRUSTEE,   221 N. FIGUEROA ST, SUITE 800,   LOS ANGELES, CA 90012-2650
4         LOS ANGELES CITY CLERK,   P. O. BOX 53200,   LOS ANGELES, CA 90053-0200
5         EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
            SACRAMENTO, CA 94280-0001
6        +INTERNAL REVENUE SERVICE,   INSOLVENCY II STOP 5177,   300 N LOS ANGELES ST, ROOM 4062,
            LOS ANGELES, CA 90012-3308
7         INTERNAL REVENUE SERVICE,   290 NORTH "D" STREET,   SAN BERNARDINO, CA 92401-1734
8         FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX 2952,   SACRAMENTO, CA 95812-2952
9         CITIMORTAGE INC,   C/O RONALD G HOLBERT,   22837 VENTURA BLVD STE 201,   WOODLAND HILLS, CA 91364
10        BENEFICIAL CALIFORNIA INC,   961 WEIGEL DR,   PO BOX 8603,   ELMHURST, IL 60126
11       +AMERICAN COLLECTION,   % CAPITAL ONE,   POB 3095,   ALEXANDRIA, VA 22302-0095
12        AMERICREDIT FINANCIAL SERVICES,   POB 78143,   PHOENIX, AZ 85062
13        CHEVRON,   POB 2001,   CONCORD, CA 94529
14        ENCORE,   % RICHARD STATE BANK,   POB 3330,   OLATHE, KS 66063
15        FBCS INC,   % CROSS COUNTRY BANK,   841 E HUNTING PARK AVE,   PHILADELPHIA, PA 19124
16       +GC SERVICES,   % MERVYN'S,   POB 261000,   SAN DIEGO, CA 92196-1000
17        HOLBERT, RYAN & KHATCHADOURIAN,   % RONALD G HOLBERT,   22837 VENTURA BLVD STE 201,
            WOODLAND HILLS, CA 91364
18        LAKE VALLEY RETRIEVALS INC,   % PROVIDIAN FINANCIAL,   POB 178454,   SAN DIEGO, CA 92177
19        MIDLAND CREDIT MANAGEMENT INC,   % HOUSEHOLD VISA,   DEPT 8870,   LOS ANGELES, CA 90084
20        NCO FINANCIAL,   % TARGET,   POB 41457,   PHILADELPHIA, PA 19101
21        NEWPORT NEWS,   FCNB PROCESSING CENTER,   9310 SW GEMINI DRIVE,   BEAVERTON, OR 97078
22        TRIAD FINANCIAL CORP,   DEPT CH10104,   PALATINE, IL 60055
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Apr 27, 2002          Signature: *Joseph Speetjens*