Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee

| In RE: | MARTINEZ, ESTEBAN | MARTINEZ, PATRICIA | Case Number | Report Printed | 5/23/02 |
|---|---|---|---|---|---|
| | 11867 206TH STREET | | 0219389   SB | | |
| | LAKEWOOD CA 90715- | **Final Report and Account** | SS #:   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 | | |
| | Dismissed | | SS #:   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 | | |
| | Plan Filed:   3/29/02 | Plan Confirmed: | Case Concluded:   04/24/2002 | | |
| | Attorney: ROBERTS & URE, A.P.C. | | | | |

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan. Copies of these detailed records have been filed with the Court, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.   0.00

| Creditor Name | Clm Num | Class | Claimed | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| TRIAD FINANCIAL<br>DEPT. CH10104<br>PALATINE,IL 60055-0001 | 201-0 | Sec | 3,000.00 | 3,000.00 | | | | $3,000.00 |
| AMERICREDIT FINANCIAL SERVICES<br>P.O. BOX 78143<br>PHOENIX,AZ 85062-8143 | 202-0 | Sec | 4,000.00 | 4,000.00 | | | | $4,000.00 |
| CITY MORTGAGE SERVICES<br>P.O. BOX 7058<br>CROSS LANES, WV, 25356- | 301-0 | Sec | 9,000.00 | 9,000.00 | | | | $9,000.00 |
| TRIAD FINANCIAL<br>DEPT. CH10104<br>PALATINE,IL 60055-0001 | 401-0 | Uns | 3,000.00 | 0.00 | | | | Not Filed |
| AMERICREDIT FINANCIAL SERVICES<br>P.O. BOX 78143<br>PHOENIX,AZ 85062-8143 | 402-0 | Uns | 500.00 | 0.00 | | | | Not Filed |
| AMERICAN COLLECTIONS<br>P.O. BOX 7854<br>OVERLAND PARKS, KS, 66207 | 403-0 | Uns | 578.28 | 0.00 | | | | Not Filed |
| CHEVRON<br>1300 SOUTH BEACH BLVD<br>LA HABRA, CA, | 404-0 | Uns | 654.86 | 0.00 | | | | Not Filed |
| ENCORE<br>4501 FORBES BLVD<br>LANHAM   MD, 20706 | 405-0 | Uns | 300.02 | 0.00 | | | | Not Filed |
| FBCS COLLECTION AGENCY<br>6801 FRANKFORD AVE BLDG-C<br>PHILADELPHIA, PA, 19135 | 406-0 | Uns | 600.36 | 0.00 | | | | Not Filed |
| GC SERVICES<br>2130 E. FOURTH ST. #280<br>SANTA ANA, CA, 92705 | 407-0 | Uns | 342.68 | 0.00 | | | | Not Filed |
| LAKE VALLEY RETRIEVALS<br>P.O. BOX 178454<br>SAN DIEGO,CA 92177- | 408-0 | Uns | 775.00 | 0.00 | | | | Not Filed |
| MIDLAND CREDIT MANAGEMENT, INC<br>5775 ROSCOE COURT<br>SAN DIEGO,,CA 92123- | 409-0 | Uns | 949.96 | 0.00 | | | | Not Filed |
| NCO FINANCIAL SYSTEMS<br>21250 HAWTHORNE BLVD., #400-L<br>TORRANCE,CA 90503- | 410-0 | Uns | 679.61 | 0.00 | | | | Not Filed |

Continued on Next Page

Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee

| In RE: | MARTINEZ, ESTEBAN | | | MARTINEZ, PATRICIA | | | Case Number 0219389 | Report Printed | 5/23/02 |
|---|---|---|---|---|---|---|---|---|---|
| **Creditor Name** | | **Clm Num** | **Class** | **Claimed** | **Debt** | **Principal Paid** | **Direct Paid** | **Interest Paid** | **Balance Due** |
| NEWPORT NEWS<br>5000 CITY LINE ROAD<br>HAMPTON, VA, 23661 | | 411-0 | Uns | 550.80 | 0.00 | | | | Not Filed |
| ROBERTS & URE, A.P.C.<br>FIGUEROA PLAZA, STE#520<br>201 N. FIGUEROA STREET<br>LOS ANGELES, CA 90012- | | 666-0 | Leg | 1,900.00 | 2,000.00 | | 100.00 | | Objection |
| NANCY CURRY, TRUSTEE<br>OPERATING ACCOUNT<br>PERCENTAGE FEES | | TRS-0 | Tru | 0.00 | 0.00 | | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $16,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | | |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $16,000.00 | $0.00 | $0.00 | $0.00 | $1,900.00 | | $0.00 | Total Paid | $0.00 |

Your Petitioner hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

WHEREFORE, your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

NANCY CURRY
_____